**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.** 1:26-mj-03725-Reid

**UNITED STATES OF AMERICA**

**v.**

**JONATHAN CHRISTIAN GONZALEZ REYES,**

**Defendant.**

______________________________/

FILED BY cdb01 D.C.
Sep 19, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

5. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Herandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Jackson K. Dering V*
Jackson K. Dering V
Assistant United States Attorney
SDFL Court ID No.: A5503449
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
(786) 239-9274
Jackson.Dering@usdoj.gov

FILED BY cdb01 D.C.

Sep 19, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
Jonathan Christian Gonzalez Reyes,

*Defendant.*

Case No. 1:26-mj-03725-Reid

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 8, 2026 in the county of Miami-Dade in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 912 | False Impersonation of an Officer of the United States |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Miguel A. Vilches, Senior Special Agent ICE
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Facetime

Date: 9/19/2026

*Judge's signature*

City and state: Miami, Florida

Honorable Lisette M. Reid, United States Ma
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Miguel A. Vilches, being duly sworn, depose and state the following:

1. I am employed as a Senior Special Agent ("SSA") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Office of Professional Responsibility ("OPR"). Previously, I was a Special Agent with ICE Homeland Security Investigations, since 2002. As an ICE OPR SSA, I am responsible for investigating matters related to ICE employees, including crimes committed by or against ICE employees and ICE contractors, and crimes involving individuals suspected of falsely representing themselves as ICE personnel. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center regarding proper investigative techniques, including the application and execution of search, arrest, and seizure warrants, for violations of federal laws.

1. The statements contained in this Affidavit are based upon my personal knowledge gathered during my participation in this investigation, my previous training and experience, and upon facts and information I received directly from other law enforcement officials and employees. Because this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included each and every fact known to be or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause.

2. I submit this Affidavit in support of a Criminal Complaint charging **JONATHAN CHRISTIAN GONZALEZ REYES ("REYES")** with False Impersonation of an Officer of the Unites States, in violation of Title 18, United States Code, Section 912.

3. On or about July 8, 2026, at approximately 11:14 P.M., REYES was captured on CCTV approaching the Victim at his place of business. The Victim and his son operate a food truck in Miami, Florida. The Victim is a legal permanent resident from Venezuela.

4. On that date, REYES drove near the Victim's food truck and sounded an air horn. The air horn resembled the sound of a police vehicle. The inside of REYES' vehicle was illuminated with blue lights resembling that of law enforcement. REYES parked his vehicle and approached the Victim with a holstered firearm, radio, and badge on his hip. According to the Victim, REYES informed him that that he worked in a top position with Immigration and Customs Enforcement.



5. REYES stated that he would assist the Victim with his immigration issues if the Victim helped him in return. The Victim advised that REYES was referring to the exchange of money for protection. REYES informed the Victim that REYES was previously paid $10,000 to help another individual with his immigration issues.

6. The conversation took a turn when REYES threatened to plant drugs in the food truck so the Victim would get shut down. REYES unholstered his firearm threatening to pistol whip the Victim's son. When REYES brandished the firearm, the Victim feared for his life.



7. REYES then got in his vehicle and left the scene with his vehicle's police sirens activated. Following this encounter, the Victim called his son, who in turn, called the police.

8. When law enforcement arrived on scene, they interviewed the Victim. He stated that REYES had previously visited the business and presented himself as an Immigration and Customs Enforcement agent. The Victim was able to provide a first name of Jonathan, but did not know his surname. Additionally, law enforcement were able to get a tag of REYES' vehicle from the CCTV.

9. On July 12, 2026, law enforcement presented a six pack to the Victim for identification. The Victim positively identified REYES as the individual who had acted as an Immigration and Customs Enforcement agent and threatened his son.

10. Law enforcement ascertained REYES' address through his vehicle registration.

11. On September 16, 2026, while conducting surveillance at REYES' residence, he was observed getting into the same vehicle involved in the incident on July 8, 2026. When REYES exited his residence, he had a holstered firearm. A traffic stop was conducted and REYES was arrested without incident. The firearm and vehicle were taken into police custody.

12. In a Post-*Miranda* interview, REYES denied knowing the Victim and going to his place of business. REYES also denied brandishing a firearm. However, REYES later advised that he was just showing it to the Victim and denied having bad intentions.

13. On September 18, 2026, the Victim was interviewed by Homeland Security Investigators. The Victim stated that REYES had previously visited his business approximately eight to nine times. During each visit, REYES intimidated him by placing a firearm on the table and demanding free food. From these previous encounters, the Victim stated that REYES had presented himself as a federal agent with Immigration and Customs Enforcement.

[INTENTIONALLY LEFT BLANK]

## CONCLUSION

14. Based on the foregoing facts, I submit that there is probable cause to believe that JONATHAN CHRISTIAN GONZALEZ REYES, violated Title 18, United States Code, Section 912 ("False Impersonation of an Officer of the United States").

FURTHER AFFIANT SAYETH NAUGHT.

Respectfully submitted,

MIGUEL A. VILCHES
SENIOR SPECIAL AGENT
IMMIGRATION AND CUSTOMS ENFORCEMENT

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Facetime this 19th day of September 2026.

HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE